No. 88–1534. MERCY-MEMORIAL HOSPITAL CORP. ET AL. *v.* HOSPITAL EMPLOYEES' DIVISION OF LOCAL 79, SERVICE EMPLOY-

EES INTERNATIONAL UNION, AFL–CIO, ET AL.   C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *H. J. Inc.* v. *Northwestern Bell Telephone Co., ante,* p. 229.